IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00476-MSK-KLM

THE TIERRA GROUP, LLC,

    Plaintiff,

v.

MADHAVA HONEY LTD.,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Unopposed Motion to Withdraw as Counsel for Defendant Madhava Honey Ltd.** [Docket No. 26; Filed July 24, 2012] (the "Motion") filed by Attorney Paul H. Schwartz ("Schwartz") and Attorney Jennifer K. Birlem ("Birlem"), counsel for Defendant.

    IT IS HEREBY **ORDERED** that the Motion [#26] is **GRANTED**. Attorney Schwartz and Attorney Birlem are relieved of any further representation of Defendant in this case. The Clerk of the Court is instructed to terminate Attorney Schwartz and Attorney Birlem as counsel of record, and to remove their names from the electronic certificate of mailing. Defendant shall be continue to be represented by Attorney Franz Hardy.

    Dated:  July 26, 2012