IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00476-MSK-KLM

THE TIERRA GROUP, LLC,

    Plaintiff,

v.

MADHAVA HONEY LTD.,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Unopposed Motion for Leave to File Amended Answer** [Docket No. 29; Filed August 20, 2012] (the "Motion"). Pursuant to the Scheduling Order [#21] entered on July 5, 2012, the deadline for amendment of pleadings is August 20, 2012. Therefore, the unopposed Motion is timely.

    IT IS HEREBY **ORDERED** that the Motion [#29] is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Clerk of the Court shall accept Defendant's Amended Answer [#29-1] for filing as of the date of this Minute Order.

    Dated: August 22, 2012