IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00476-MSK-KLM

THE TIERRA GROUP, LLC,

    Plaintiff,

v.

MADHAVA HONEY LTD.,

    Defendant.

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion for Protective Order** [Docket No. 35; Filed October 3, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#35] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Protective Order [#35-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

    Dated: October 9, 2012