IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00476-KLM

THE TIERRA GROUP, LLC,

    Plaintiff,

v.

MADHAVA HONEY LTD.,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Stipulated Motion to Amend Scheduling Order** [Docket No. 43; Filed January 31, 2013] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#43] is **GRANTED**. The Scheduling Order entered on July 5, 2012 [#21] is modified to extend the following deadlines:

- Affirmative Expert Designation Deadline    **February 15, 2013**
- Rebuttal Expert Designation Deadline    **March 15, 2013**

Dated:  March 1, 2013