IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00476-KLM

THE TIERRA GROUP, LLC,

    Plaintiff,

v.

MADHAVA HONEY LTD.,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Stipulated Motion to Modify Scheduling Order** [Docket No. 45; Filed April 18, 2013] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#45] is **GRANTED**. The Scheduling Order entered on July 5, 2012 [#21] is modified to extend the following deadlines:

- Discovery Deadline                                                                        **May 2, 2013**

Dated:  April 18, 2013